# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00213-CV

### In re ZD Sand, LLC

### ORIGINAL PROCEEDING FROM MCCULLOCH COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the temporary stay imposed by this Court is lifted. *See* Tex. R. App. P. 52.8(a), .10(b).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: March 5, 2026